UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEROME MERRIWEATHER,

    Defendant.

Case No. 15-cr-40046-JPG-06

## MEMORANDUM AND ORDER

    This matter comes before the Court on defendant Jerome Merriweather's *pro se* motion to object to the final judgment entered by the Court on August 1, 2017 (Doc. 267). Merriweather filed this motion *pro se*, although he is represented by attorney John D. Stobbs II. "[A] defendant who is represented by counsel relinquishes the right to file his own *pro se* submissions." *United States v. Khatib*, 606 F. App'x 845, 847 (7th Cir. 2015) (citing *United States v. Williams,* 495 F.3d 810, 813 (7th Cir. 2007)). "Representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). So-called "hybrid representation" confuses and extends matters at trial and in other proceedings. *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001). The Court may strike as improper any such *pro se* motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998). The Court hereby **ORDERS** that Merriweather's *pro se* motion (Doc. 267) be **STRICKEN**.

    The Court notes that this is not the first time Merriweather has filed a *pro se* document while represented by counsel (Doc. 251). The Court **WARNS** Merriweather that if he continues to make further *pro se* filings while he is represented by counsel, the Court will instruct the Clerk of Court to refuse to accept them for filing.

**IT IS SO ORDERED.**
**DATED:  August 24, 2017**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**